[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-14602
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 8, 2011
JOHN LEY
CLERK

D.C. Docket No. 4:08-cr-00036-SPM-WCS-1

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

        versus

ALVIN CHRISTOPHER BRYANT,
a.k.a. Itchy,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

(June 8, 2011)

Before WILSON, MARTIN and BLACK, Circuit Judges

PER CURIAM:

        Randolph P. Murrell and Gwendolyn Spivey, appointed counsel for Alvin

Christopher Bryant in this direct criminal appeal, has moved to withdraw from

further representation of the appellant and filed a brief pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent

review of the entire record reveals that counsel's assessment of the relative merit

of the appeal is correct.  Because independent examination of the entire record

reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**,

and Bryant's convictions and sentences are **AFFIRMED**.